```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                             2:06-cr-43

Alan B. Frazier

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge Filed on March 6, 2006, that the defendant's guilty pleas be accepted.  The court accepts the defendant's plea of guilty to Counts 1 and 2 of the information, and he is hereby adjudged guilty on those counts.

Date: June 9, 2006                <u>     s\James L. Graham    </u>
                                              James L. Graham
                                              United States District Judge